# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

133694 & (67)(71)(72)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

LEO MARTINEZ ABBY,
  Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133694
COA: 262365
Saginaw CC: 04-024065-FC

   On order of the Court, the motion to amend and supplement the application is GRANTED. The application for leave to appeal the February 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007        _____

s1217               Clerk